UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CASE NO. 05-72110
05-72171
05-72221

JACK BURKET, ET.AL
JENNIFER ADAMS, ET.AL
WILLIAM CLIFF, ET.AL

-V-

HYMAN LIPPITT, P.C., ET.AL,

      Defendant(s).
_____/

ORDER GRANTING MOTION TO CONSOLIDATE FOR DISCOVERY PURPOSES

At a session of said Court, held in the U.S. District Courthouse, Eastern District of Michigan, on August 16, 2006.

At a hearing held on Defendants' Motions to Dismiss Causes 5 and 6 on August 10, 2006, counsel for the parties agreed to consolidate the above cases for discovery purposes; therefore

IT IS ORDERED that Defendants' Motion to Consolidate the above cases for discovery purposes be and the same is hereby GRANTED. Counsel shall list all three titles and case numbers on pleadings and shall electronically file all pleadings in all three cases.

      s/Patrick J. Duggan
      Patrick J. Duggan
      United States District Judge

Dated: August 16, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 16, 2006, by electronic and/or ordinary mail.

      s/Marilyn Orem
      Case Manager