UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMENDED
ORDER ESTABLISHING TRIAL DOCKET FOR THE MONTHS OF JULY AND AUGUST, 2008, BEFORE THE HONORABLE PATRICK J. DUGGAN*

Listed below are the cases on this Court's trial docket for the months of July and August, 2008. Counsel will be notified when their case reaches No. 5. After such notice, counsel should be prepared to begin trial any time on **48 hours notice**. It is counsel's responsibility in all cases after they have been so notified to contact my clerk, Marilyn Orem, at 234-5147, to ascertain the status of the trial docket. Unless otherwise notified, this Court commences trial at 8:45 a.m. PLEASE BE PROMPT!

1.  05-72110 BURKET, ET. AL V. HYMAN LIPPITT, P.C., ET.AL
    05-72171 ADAMS, ET.AL V. HYMAN LIPPITT, P.C., ET.AL
    05-72221 CLIFF, ET.AL V. HYMAN LIPPITT, P.C., ET.AL
2.  06-15102 PETERSON V. AT&T SERVICES, ET.AL
3.  07-13652 DELIA V. JP MORGAN CHASE BANK
4.  07-13878 FLORES V. DAIRYLAND INSURANCE CO.
5.  07-13887 SPECIALTY ACQUISITION CORP. V. AMERICAN SUNROOF CORP.,ET.AL

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: June 2, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 2, 2008, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

**\*PLEASE TAKE NOTICE THAT TRIAL WILL NOT BEGIN BEFORE FINAL PRETRIAL DATE.**

**IF THERE IS A MOTION FOR SUMMARY JUDGMENT PENDING, FINAL PRETRIAL CONFERENCE WILL BE RESCHEDULED APPROXIMATELY 10 DAYS AFTER ANY DECISION ON SUCH MOTION.**