UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

JACK BURKET, et al.

    Plaintiffs,

v.

HYMAN LIPPITT, P.C., et al.

    Defendants.

Case No. 05-72110

Hon. Patrick J. Duggan

| | |
|---|---|
| JAMES B. EGGENBERGER (P48769)<br>Eggenberger Law Offices, PLLC<br>Counsel for Plaintiffs<br>248.352.6200 | RODGER D. YOUNG (P22652)<br>STEVEN SUSSER (P52940)<br>Young & Susser, P.C.<br>Counsel for Hyman Lippitt, P.C., Lippitt, Hyman,<br>O'Keefe, and Sellers<br>248.353.8620 |
| ANDREW H. WILSON (CA SBN 63209)<br>Wilson Campilongo, LLP<br>Counsel for Plaintiffs and 3rd-Party Defendant<br>Wilson, Only<br>415.289.7100 | T.S. GIVENS (P14029)<br>Counsel for Terry Givens<br>586.723.1909 |
| LARRY BENNETT<br>Giarmarco, Mullins & Horton, P.C.<br>Co-Counsel for Plaintiffs<br>248.457.7022 | |

# ORDER FOR SECOND FACILITATION
## AS TO CERTAIN PLAINTIFFS

At a session of said Court, held in the Federal Courthouse, for the Eastern District of Michigan, located in the City of Detroit, County of Wayne, State of Michigan, on September 17, 2008.

PRESENT: THE HON. PATRICK J. DUGGAN
                United States District Judge

Pursuant to conference call between the Court and the parties regarding the pending settlement of this matter, and the Court being fully advised as to the status,

IT IS HEREBY ORDERED that the following plaintiffs shall appear for facilitation before Judge Barry Howard at the law offices of Lipson, Neilson, Cole Seltzer & Garin, P.C., 3910 Telegraph Road, Suite 200, Bloomfield Hills, MI 48302 on Friday, September 26, 2008 at 2:00 p.m.

1. Jack and Linda Burket;

2. McLaughlin LLC, Britney Holdings Frigatte re #9; Britney Holding Ltd., Britney Holding Ltd #2; and

3. Norman Eansor.

IT IS FURTHER ORDERED that should these Plaintiff's fail and/or refuse to attend and participate in facilitation, all of their claims shall be dismissed with prejudice.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: September 17, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 17, 2008, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager